**Court No. 22-00125**

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| CATFISH FARMERS OF AMERICA, *ET AL.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Ct. No. 22-00125 |
| UNITED STATES, | ) **NON-CONFIDENTIAL** |
| Defendant, | ) |
| and | ) |
| NTSF SEAFOODS JOINT STOCK COMPANY, *et al.*, | ) |
| Defendant-Intervenor. | ) |
| GREEN FARMS SEAFOOD JOINT STOCK COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 22-00092 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| CATFISH FARMERS OF AMERICA, *et al.*, | ) |
| Defendant-Intervenors. | ) |

**Court No. 22-00125**

# DEFENDANT-INTERVENOR NTSF'S COMMENTS IN SUPPORT OF REMAND

|  |  |
|---|---|
| | Robert G. Gosselink |
| | Jonathan M. Freed |
| | **TRADE PACIFIC PLLC** |
| | 700 Pennsylvania Avenue, SE, Suite 500 |
| | Washington, D.C. 20003 |
| | (202) 223-3760 |
| | |
| | *Counsel to Defendant-Intervenor* |
| | *NTSF Seafoods Joint Stock* |
| | *Company* |
| Dated: February 5, 2025 | |

**Court No. 22-00125**

# DEFENDANT-INTERVENOR NTSF'S COMMENTS IN SUPPORT OF REMAND

Pursuant to the Court's January 16, 2025, Scheduling Order, ECF No. 77, Defendant-Intervenor NTSF Seafoods Joint Stock Company ("NTSF") hereby submits this comment in support of the United States Department of Commerce's final results of redetermination filed in accordance with this Court's decision and remand order in *Green Farms Seafood Joint Stock Company v. United States*, Ct. Nos. 22-00092, 22-00125, Slip Op. 24-46, 2024 WL 1653791 (Ct. Int'l Trade Apr. 17, 2024). *See* Final Results of Redetermination Pursuant to Court Remand, Oct. 18, 2024 (Remand Results), Ct. No. 22 00125, ECF Nos. 68-69, and Ct. No. 22-00092, ECF Nos. 57-58 (Remand P.R. 6, C.R. 4). In lieu of filing a substantive brief and to avoid redundancy in arguments, NTSF incorporates by reference the response and arguments made by Defendant United States in its January 22, 2025, Response in Support of Remand Redetermination, (Jan. 22, 2025), ECF 78.

Accordingly, based on the arguments submitted by Defendant, NTSF requests that the Court sustain Commerce's Remand Redetermination and enter judgment for the United States.


**Court No. 22-00125**

                Respectfully submitted,

                /s/ Jonathan M. Freed
                Robert G. Gosselink
                Jonathan M. Freed

                **TRADE PACIFIC PLLC**
                700 Pennsylvania Ave SE Suite 500
                Washington, D.C. 20003
                (202) 223-3760

                Counsel to Defendant-Intervenor
                *NTSF Seafoods Joint Stock Company*

Dated: February 5, 2025

2