

March 27, 2025

Hon. M. Miller Baker, Judge
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278

Re:     ***Stipulation of Dismissal:*** CIT Ct No. 22-00125

Dear Judge Baker:

In light of the Court's recent opinion in CIT Ct No. 20-00105, please find attached a Form 8A stipulation of dismissal of CIT Ct No. 22-00125, signed by all parties to the action.

Plaintiffs continue to believe that Indonesia presented the most appropriate source of surrogate values in the review subject to appeal in CIT Ct No. 22-00125, but recognize the similarities between the records and issues in the case and those of CIT Ct No. 20-00105, in which the Court has upheld the use of Indian surrogate values. With the goal of conserving resources while continuing to pursue issues relevant to surrogate country and value selection in ongoing and future administrative reviews, it is accordingly plaintiffs' desire to dismiss this action.

Hon. M. Miller Baker, Judge
March 27, 2025
Page 2

Respectfully submitted,

*/s/ Nazak Nikakhtar*
**Nazak Nikakhtar, Esq.**

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Phone (202) 719-7000
WileyTrade@wiley.law

*Counsel to the Catfish Farmers of America and individual U.S. catfish processors America's Catch, Inc., Alabama Catfish, LLC d/b/a Harvest Select Catfish, Inc., Consolidated Catfish Companies, LLC d/b/a Country Select Catfish, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc. d/b/a Pride of the Pond, and Simmons Farm Raised Catfish, Inc.*

FORM 8A

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| |
|---|
| **CATFISH FARMERS OF AMERICA,** *et al.*,<br><br>                    **Plaintiffs,**<br><br>          **v.**<br><br>**UNITED STATES,**<br><br>                    **Defendant,**<br>          **and**<br><br>**NAM VIET CORPORATION, NTSF SEAFOODS JOINT STOCK COMPANY, and GREEN FARMS SEAFOOD JOINT STOCK COMPANY,**<br><br>                    **Defendant-Intervenors.** |

**Before: Hon. M. Miller Baker, Judge**

**Court No. 22-00125**

## STIPULATION OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: March 27, 2025

                              */s/ Nazak Nikakhtar*
                              **Nazak Nikakhtar, Esq.**

                              **WILEY REIN LLP**
                              2050 M Street, NW
                              Washington, DC 20036
                              Phone (202) 719-7000
                              WileyTrade@wiley.law

                              *Counsel to the Catfish Farms of America, et al.*

**Ct. No. 22-00125**                                        FORM 8A

OF COUNSEL:

K. GARRETT KAYS
Of Counsel
Office of the Chief Counsel
    For Trade Enforcement & Compliance
    U.S. Department of Commerce

YAAKOV M. ROTH
Acting Assistant Attorney
General

PATRICIA M. MCCARTHY
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/Kara M. Westercamp
KARA M. WESTERCAMP
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation
Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7571

*Attorneys for Defendant*
*United States*

*/s/Robert L. LaFrankie, II*
**Robert L. LaFrankie, II**

**Crowell & Moring, LLP**
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
(202) 624-2868

*Counsel to Defendant-*
*Intervenor Green Farms*
*Seafood Joint Stock Co.*

2

Ct. No. 22-00125                                           FORM 8A

_/s/Jonathan M. Freed_
**Jonathan M. Freed**

**Trade Pacific PLLC**
700 Pennsylvania Ave., SE
Suite 500
Washington, DC 20003
(202) 223-3760

*Counsel to Defendant-Intervenor NTSF Seafoods Joint Stock Company*

_/s/Matthew Jon McConkey_
**Matthew J. McConkey**

**Mayer Brown LLP**
1999 K Street, NW
Washington, DC 20006
(202) 263-3235

*Counsel to Defendant-Intervenor Nam Viet Corporation*

**Ct. No. 22-00125**                                                    FORM 8A

Order of Dismissal

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

                        Clerk, U.S. Court of International
                        Trade


                        By: _____
                                Deputy Clerk


(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)